CHARLES W. GIBBS, Appellant, *v.* THE LONG ISLAND BANK, Respondent.

*Gibbs* v. *Long Island Bank*, 83 Hun, 92, affirmed.
(Argued December 22, 1896; decided January 19, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered December 15, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint upon the merits on trial at Special Term.

*Edward P. Lyon* for appellant.

*H. D. Van Orden* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

---

MICHAEL O'BRIEN, Appellant, *v.* ROBERT J. SMITH, Respondent.

*O'Brien* v. *Smith*, 77 Hun, 610, affirmed.
(Submitted December 23, 1896; decided January 19, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered November 2, 1894, which affirmed a judgment in favor of defendant entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Edward W. S. Johnston* for appellant.

*Frederic A. Ward* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.